IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MAURINE FAYE WELCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-CV-906-WKW |
| | ) | (WO) |
| CAROLINE W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

On September 7, 2016, the Magistrate Judge filed a Recommendation (Doc. # 11) to which no objections were filed. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED;

2. The Commissioner's motion for summary judgment (Doc. # 8), as amended (Doc. # 10), is GRANTED;

3. All other pending motions are DENIED as moot; and

4.     This appeal is DISMISSED because it was not timely filed pursuant to 42 U.S.C. § 405(g).

Final judgment will be entered separately.

DONE this 25th day of October, 2016.

                              /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE